IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. 19-cr-110 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | MOTION TO WITHDRAW AS |
| | ) | ATTORNEY DUE TO CONFLICT |
| NATHAN KREJCI, | ) | |
| | ) | |
| Defendant. | ) | |

Samuel Cross of the Federal Defender's Office respectfully requests the court's permission to withdraw as attorney for the defendant, Nathan Krejci, because of a conflict of interest. In support of this motion, defense counsel states as follows:

1. The Federal Defender's office represents Nathan Krejci in connection with an Indictment filed against him on October 22, 2019.

2. A conflict of interest has arisen that requires this office to withdraw from representation of Nathan Krejci.

Based on the foregoing, the Federal Defender's office notifies the Court of its conflict of interest in this case and respectfully requests it be allowed to withdraw from representation of Nathan Krejci and that an attorney from the CJA panel be appointed.

FEDERAL DEFENDER'S OFFICE
222 Third Avenue SE, Suite 290
Cedar Rapids, IA 52401-1509
TELEPHONE: (319) 363-9540
TELEFAX: (319) 363-9542

BY: /s/ Samuel Cross
SAMUEL O. CROSS
sam_cross@fd.org
ATTORNEY FOR DEFENDANT

CERTIFICATE OF SERVICE
I hereby certify that on March 9, 2020, I electronically filed this document with the Clerk of Court using the ECF system which will serve it on the appropriate parties.
By: /s/ Angie McClain